1
2
3
4
5
6
7
8
# UNITED STATES DISTRICT COURT

9
## SOUTHERN DISTRICT OF CALIFORNIA

10

11 | SCOTT KMETY, an individual, DARLA KMETY, an individual,

12 |                                    Plaintiff,

13 |         vs.

14

15 | BANK OF AMERICA, INC., a corporation; MORTGAGE ELECTRONIC

16 | REGISTRATION SYSTEMS, a corporation; RECONSTRUST COMPANY, a trustee; and DOES 1

17 | through 20,

18 |                                    Defendants.

19

CASE NO. 10cv1910-LAB (RBB)

**ORDER DISMISSING CERTAIN CLAIMS; AND**

**ORDER OF REMAND**

20      On September 30, 2011, the Court issued an order dismissing Plaintiffs' claims under

21 the Truth in Lending Act (TILA) and the Real Estate Settlement Practices Act (RESPA),

22 without prejudice, but requiring Plaintiffs within 14 calendar days to show cause why these

23 two claims should not be dismissed with prejudice.  The order cautioned the parties that if

24 Plaintiffs did not show cause as ordered, the TILA and RESPA claims would be dismissed

25 with prejudice and this action remanded to state court.

26      Since that time, Plaintiffs have not filed any response, nor sought additional time in

27 which to do so.  Plaintiffs' claims under TILA and RESPA are therefore **DISMISSED WITH**

28 **PREJUDICE**.

1    Because the Court has dismissed all claims over which it has original jurisdiction,

2    pursuant to 28 U.S.C. § 1367(c)(3) it declines to exercise jurisdiction over Plaintiffs' state

3    claims.  *See Harrell v. 20th Century Ins. Co.*, 934 F.2d 203, 205 (9th Cir. 1991) ("[I]it is

4    generally preferable for a district court to remand remaining pendent claims to state court

5    . . . .")  This action is therefore **REMANDED** to the Superior Court of the State of California

6    for the County of San Diego.

7        **IT IS SO ORDERED**.

8    DATED:  October 17, 2011

9

10   **HONORABLE LARRY ALAN BURNS**
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10cv1910